# EXHIBIT 2

Publication Number: 3736-0624

# Intellectual Property Rights Seizure Statistics





**U.S. Customs and Border Protection**

## Fiscal Year 2023

**Disclaimer**: The information contained in this report does not constitute the official trade statistics of the United States. The statistics, and the projections based upon those statistics, are not intended to be used for economic analysis, and are provided for the purpose of establishing U.S. Department of Homeland Security workload



# IPR Seizure Statistics

## IPR Seizures Over the last 5 Years

U.S. Customs and Border Protection (CBP) is responsible for enforcing trade laws regarding Intellectual Property Rights (IPR) and conducts operations to seize violative merchandise before it enters the U.S. for public consumption.

From FY 2019 to FY 2023, the total number of goods seized for IPR violations has more than doubled, and the total manufacturer's suggested retail price (MSRP) of goods seized for IPR violations every year has increased by almost 80%.



IPR Seizure Quantity and MSRP (FY 2019-2023)

| FY | Quantity Seized (Millions) | MSRP (Billions) |
|---|---|---|
| FY 2019 | 11.381 | $1.56 |
| FY 2020 | 10.443 | $1.31 |
| FY 2021 | 50.589 | $3.33 |
| FY 2022 | 24.758 | $2.98 |
| FY 2023 | 23.009 | $2.76 |



# IPR Seizure Statistics



## IPR Violative Commodities Seized

For the last three years, the top commodities seized for IPR infringement have been **(1) handbags/wallets, (2) watches, and (3) jewelry.**

### FY 2023 Top 10 Commodities by MSRP



*IPR violative goods threaten American innovation and competitiveness.*

| Commodities | MSRP |
|---|---|
| Handbags/Wallets | $658,724,377 |
| Jewelry | $653,827,027 |
| Watches | $406,960,348 |
| Wearing Apparel | $392,663,140 |
| Other | $130,300,790 |
| Consumer Electronics | $129,696,929 |
| Pharmaceutical Items | $98,310,273 |
| Sunglasses/Eyewear | $78,142,311 |
| Footwear | $60,529,247 |
| Belts | $38,607,738 |

### FY 2023 Top 10 Commodities by Quantity Seized



*IPR violative commodities pose risks to **American citizens** due to health and safety concerns.*

| Commodities | Quantity Seized |
|---|---|
| Other Items | 15,141,127 |
| Pharmaceutical Items | 1,552,724 |
| Cigarettes | 1,080,386 |
| Personal Care Items | 974,679 |
| Consumer Electronics | 806,634 |
| Wearing Apparel | 566,990 |
| Handbags/Wallets | 532,456 |
| Jewelry | 481,716 |
| Footwear | 248,099 |
| Game Console and Accessories | 230,722 |



# IPR Seizure Statistics



## IPR Violations on a Global Scale

China and Hong Kong are consistently the top two countries for IPR seizures. In FY 2023, seizures from China and Hong Kong accounted for 84% of the MSRP and 90% of the total quantity seized.

### FY 2023 Top 10 Countries with Highest MSRP



| Countries | MSRP |
|---|---|
| China | $1,817,284,310 |
| Hong Kong | $488,207,223 |
| India | $81,206,956 |
| Thailand | $58,857,107 |
| Philippines | $57,112,821 |
| Turkey | $43,959,372 |
| Vietnam | $22,958,304 |
| Colombia | $16,699,664 |
| Mexico | $15,211,837 |
| United Arab Emirates | $14,037,064 |

### FY 2023 Top 10 Countries by Quantity Seized



| Countries | Quantity Seized |
|---|---|
| China | 12,781,726 |
| Hong Kong | 7,937,205 |
| India | 1,042,308 |
| United States | 216,355 |
| Mexico | 136,501 |
| Singapore | 113,548 |
| Kenya | 98,665 |
| Vietnam | 86,848 |
| Pakistan | 86,796 |
| United Arab Emirates | 48,754 |



# IPR Seizure Statistics

## IPR Seizures by Mode of Transportation

The vast majority of IPR seizures continue to take place within the express consignment and mail shipping methods. In FY 2023, 90% of IPR seizures in the cargo environment occurred in the de minimis shipments.

### FY 2023 IPR Seizures by Transportation Mode

| Transportation Mode | Quantity | MSRP |
|---|---|---|
| Express Consignment | 7,918,227 | $903,190,310 |
| Commercial Vessel | 5,563,126 | $847,012,126 |
| Mail | 3,633,334 | $216,305,763 |
| Commercial Air | 3,608,415 | $327,429,105 |
| No Transportation Involved | 2,125,290 | $450,326,992 |
| Train | 121,482 | $5,088,038 |
| Commercial Truck | 20,969 | $1,824,210 |
| Auto | 8,854 | $3,608,351 |
| Other | 7,904 | $2,717,359 |
| Truck | 266 | $41,780 |
| Pedestrian | 212 | $3,506 |



# IPR Seizure Statistics



## Health, Safety, and Security Commodities

Counterfeit commodities can pose harmful risks to consumers such as illness, injury, and possibly even death. See below the top health, safety, and security commodities seized in FY 2023 based on quantity seized and MSRP value:

**1. Pharmaceuticals**
1,456,055 items seized
$97,201,691 MSRP

**2. Personal Care**
965,010 items seized
$3,710,293 MSRP

**3. Consumer Electronics**
243,102 items seized
$9,036,934 MSRP

**4. Sunglasses**
139,351 items seized
$78,140,576 MSRP

**5. Cigarettes**
118,581 items seized
$7,587,113 MSRP

**6. Perfumes**
44,020 items seized
$4,508,027 MSRP

**7. Automotives**
31,838 items seized
$1,951,135 MSRP

**8. Batteries**
28,544 items seized
$2,015,274 MSRP

**9. Other**
5,809 items seized
$678,526 MSRP

**10. Guns and Gun Parts**
4,788 items seized
$87,125 MSRP



# IPR Seizure Statistics



## IPR Reporting and Recordation

CBP prioritizes enforcement of those trademark and copyrights that have been recorded with CBP for border enforcement through the e-Recordation Program.

### Number of Active Recordations CBP Enforces

*CBP's **e-Recordation program** allows IPR holders to record IPR that has been registered with either USPTO or USCO. Recorded IPR can be protected from counterfeits and piratical copyrights.*



| FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY23 |
|---|---|---|---|---|
| 18,745 | 18,757 | 20,756 | 18,857 | 19,886 |

### Number of IPR e-Allegations

*CBP's **e-Allegations program** provides an electronic portal to report various types of trade violations. IPR trade violations account for a large portion of the total allegations received through this program.*



| | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 |
|---|---|---|---|---|---|
| Total e-Allegations Received | 1,252 | 1,290 | 1,743 | 1,507 | 2,054 |
| Number of IPR e-Allegations | 264 | 360 | 407 | 306 | 319 |



# Points of Contact

**Questions?**

**Guidance on CBP IPR Policy and Programs:** The IPR and E-Commerce Division coordinates with rights holders, members of the trade community, CBP staff, other Federal agencies, and foreign governments in developing and implementing the Agency's IPR enforcement strategy, policy, and programs. To contact the IPR Division, email **iprhelpdesk@cbp.dhs.gov**.

**Contact the IP Enforcement Branch, Regulations & Rulings:** For questions about CBP's IP enforcement regime, contact Regulations and Rulings (RR) at **hqiprbranch@cbp.dhs.gov**.

**E-Recordation:** For information concerning the e-Recordation program, contact **iprrquestions@cbp.dhs.gov**.

**Advance Rulings:** Ruling requests concerning articles potentially subject to an ITC exclusion order may be submitted to **EOEBranch.ITC337.Rulings@cbp.dhs.gov**.

**e-Allegations:** If you are aware of or suspect a company or individual is committing IPR crime, please report the trade violations using **CBP's e-Allegations Online Trade Violation Reporting System**. Trade violations can also be reported by calling **1-800-BE-ALERT**.

**National Intellectual Property Rights Coordination Center:** To report violations of Intellectual Property Rights, including counterfeiting and piracy, contact the **National IPR Coordination Center** or call **1-866-IPR-2060**.

