UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Nanjing Kapeixi Network Technology Co., Ltd.

Plaintiff,

v.

Case No.: 1:24−cv−07674

Honorable Thomas M. Durkin

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint Hereto, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 31, 2024:

MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 10/31/2024. For the reasons stated on the record, the motion for preliminary injunction [29] is denied without prejudice. Plaintiff's oral motion to extend the Temporary Restraining Order is granted. The Temporary Restraining Order entered on 10/16/2024 is extended for a period of 14 days through 11/13/2024. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.