# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NANJING KAPEIXI NETWORK TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Civil Action No. 24-cv-7674 <br><br> **Presiding: Judge Thomas M. Durkin** <br><br> **Magistrate: Judge Maria Valdez** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendant:

| Defendant Seller Alias | DOE No. |
|---|---|
| chouyatou Store | 17 |

Each party shall bear their own attorney's fees and costs. Defendant has not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Date: November 14, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Keaton Smith
　　　　　　　　　　　　　　　　　　　Keaton D. Smith
　　　　　　　　　　　　　　　　　　　**WHITEWOOD LAW PLLC**
　　　　　　　　　　　　　　　　　　　57 W. 57th Street
　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　Tel: (917) 858-8018
　　　　　　　　　　　　　　　　　　　Email: ksmith@whitewoodlaw.com


　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*