# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NANJING KAPEIXI NETWORK TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Civil Action No. 24-cv-7674 <br><br> **Presiding: Judge Thomas M. Durkin** <br><br> **Magistrate: Judge Maria Valdez** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants:

| Defendant Seller Alias | DOE No. |
|---|---|
| ZTY66 | 8 |
| Oujukkk | 14 |
| Gibobby | 15 |
| acdytion | 23 |
| GUSYBG-Genuine sellers | 27 |
| sancaba001 | 28 |
| DkinJom | 37 |
| Tiqkatyck | 38 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

| | |
|---|---|
| Date: November 21, 2024 | Respectfully submitted, |
| | /s/ Keaton Smith |
| | Keaton D. Smith |
| | **WHITEWOOD LAW PLLC** |
| | 57 W. 57th Street |
| | New York, New York 10019 |
| | Tel: (917) 858-8018 |
| | Email: ksmith@whitewoodlaw.com |
| | |
| | *Counsel for Plaintiff* |