IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANJING KAPEIXI NETWORK TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule "A", <br><br> Defendants. | Case No.: 24-cv-7674 <br><br> Judge Thomas M. Durkin |

## MOTION TO WITHDRAW AS COUNSEL

Counsel for Defendant SSPalu, DOE No. 12, Michael Stanley, formerly of Ford Banister LLC, hereby moves to withdraw from representation of Defendant SSPalu, DOE No. 12, and in support thereof states as follows:

1. Attorney Michael Stanley is no longer associated with Ford Banister, LLC.

2. Attorney Michael Stanley no longer has access to necessary documentation of this case or client contact.

3. Defendant SSPalu, DOE No. 12 will continue to be represented by capable counsel Sandra-Perez-Blackmer who remains counsel of record for Defendant SSPalu, DOE No. 12.

4. The withdrawal of Michael Stanley from representation will not result in a material adverse effect to the interests of Defendant SSPalu, DOE No. 12.

**WHEREFORE**, Defendant respectfully requests that the Court grant this Motion and grant leave for Michael Stanley, formerly of Ford Banister LLC, to withdraw from representation of SSPalu, DOE No. 12.

Respectfully submitted,

Dated March 20, 2025	By:	/s/ Michael T. Stanley

Michael Stanley
IL Bar No.: 6284055
Ford Banister LLC
111 W. Jackson Suite 1700
Chicago, Illinois 60604
Telephone: 212-500-3268
Email: michael@michaelstanley.co
Attorney for Defendant